1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone: (559) 498-7316
5
   Attorneys for Defendant
6

7
              IN THE UNITED STATES DISTRICT COURT FOR THE
8
                    EASTERN DISTRICT OF CALIFORNIA
9
   NANG SOUDCHANTHO,            )    1:04-cv-6126  LJO
10                              )
                Plaintiff,      )    STIPULATION AND ORDER
11                              )    TO EXTEND TIME
                                )
12              v.              )
                                )
13 JO ANNE B. BARNHART,         )
   Commissioner of Social       )
14 Security,                    )
                                )
15              Defendant.      )
   _____)
16

17      The parties, through their respective counsel, stipulate

18 that defendant's time to respond to plaintiff's opening brief be

19 extended from August 15, 2005 to September 15, 2005.

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26

27

28

                                 1

This is the defendant's first request for an extension of time to respond to plaintiff's opening brief. Defendant needs the additional time to further review the file and prepare a response in this matter.

Respectfully submitted,

Dated: July 29, 2005

/s/ Gina M. Fazio
(As authorized via facsimile)
GINA M. FAZIO
Attorney for Plaintiff

Dated: August 2, 2005

McGREGOR W. SCOTT
United States Attorney

/s/ Kristi C. Kapetan
KRISTI C. KAPETAN
Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   August 2, 2005**           /s/ Lawrence J. O'Neill
66h44d                                UNITED STATES MAGISTRATE JUDGE